**GATESWORTH INVESTMENT CO., Appellant, v. Clifford AYRES et al.**

No. 10323.

Circuit Court of Appeals, Eighth Circuit.

June 13, 1935.

**994**

Jacob M. Lashly and Arthur V. Lashly, both of St. Louis, Mo., for appellant.

Henry H. Stern, of Jefferson City, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellant, on motion of appellees.